GILES ET AL. *v.* FRIENDLY FINANCE CO. OF
BILOXI, INC., ET AL.

No. 426.  Decided October 24, 1966.

*Albert Sidney Johnston, Jr.,* for appellants.

*Charles B. Henley* for appellees Guaranty Loan Corp.
of Mississippi et al.

PER CURIAM.

The motion to dispense with printing the jurisdictional
statement is granted.  The motion to dismiss is granted
and the appeal is dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for a writ of certiorari, certiorari is denied.

JOHNSON *v.* CALIFORNIA.

No. 88, Misc.  Decided October 24, 1966.

Appellant *pro se.*

*Thomas C. Lynch,* Attorney General of California, and
*Edward P. O'Brien* and *Lawrence R. Mansir,* Deputy
Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.  Treating the papers
whereon the appeal was taken as a petition for a writ
of certiorari, certiorari is denied.